**FILED**

JUL 29 2009

Clerk, U.S. District and Bankruptcy Courts

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**United States Bankruptcy Court**
District of District of Columbia

In re  Geraldine Dalzell-Payne  *DEMO*
Debtor

Case No. *DEMO*

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase Continental Bank<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | Chase Continental Bank<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | Credit Card | | 2,500.00 |
| IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Federal Income Taxes | | 21,333.45 |
| Rosenau & Rosenau<br>1304 Rhode Island Avenue, NW<br>Washington, DC 20005 | Rosenau & Rosenau<br>1304 Rhode Island Avenue, NW<br>Washington, DC 20005 | Legal Services | | 34,180.00 |
| The World Bank Credit Union<br>1818 H Street, NW<br>Washington, DC 20243 | The World Bank Credit Union<br>1818 H Street, NW<br>Washington, DC 20243 | Credit Card | | 4,250.00 |

To Order Best Case Bankruptcy, call toll free 1-800-492-8037.