CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**

Date: 08/06/2009 Time: 02:00

AUG - 6 2009

09-00574 Geraldine Dalzell-Payne : Chapter 11

Clerk
U.S. Bankruptcy Court for D.C.

PRO SE representing Geraldine Dalzell-Payne (Debtor)

Martha L. Davis representing U. S. Trustee for Region Four 11 (U.S. Trustee)

[16]    Motion for Relief from Stay <i>on the Property located at: 3707 South Street NW, Washington, DC 20007 [BGW# 81795]</i>. Fee Amount $150, Filed by ONEWEST BANK FSB (Attachments: # (1) Proposed Order # (2) Exhibit Deed of Trust# (3) Exhibit Note# (4) Exhibit Arrearage Worksheet)

Movant:    ONEWEST BANK FSB    BY K Feig;

[20]    Motion for Relief from Stay <i> for the property located at 2404 Tunlaw Road NW, Washington, DC 20007 [BGW#: 70316]</i>. Fee Amount $150, Filed by ONEWEST BANK FSB (Attachments: # (1) Exhibit Deed of Trust# (2) Proposed Order)

Movant:    ONEWEST BANK FSB    BY K Feig; *Ms. Burns*
*Kenneth Rosenau for his law firm.*

[24]    Motion for Relief from Stay <i> regarding the property located at 3802 Fulton Street NW, Washington, DC 20007 [BGW#: 60673]</i>.  Fee Amount $150, Filed by ONEWEST BANK FSB (Attachments: # (1) Exhibit Deed of Trust# (2) Exhibit Note# (3) Exhibit Arrearage)

Movant:    ONEWEST BANK FSB    BY K Feig;

[29]    Motion for Relief from Stay <i>on the Property located at: 1811 38th Street NW, Washington, DC 20007 [BGW# 77945]</i>. Fee Amount $150, Filed by ONEWEST BANK FSB (Attachments: # (1) Proposed Order # (2) Exhibit Deed of Trust# (3) Exhibit Note# (4) Exhibit Arrearage Worksheet)

Movant:    ONEWEST BANK FSB    BY K Feig;

OTHER PERTINENT DOCKET ENTRIES:

DE# *36*  *D'S OPP*_____  DE# _____

DE# *37*  *D'S OPP*_____  DE# _____

DE# *38*  *D'S OPP*_____  DE# _____

DE# *46*  *D'S OPP*_____  DE# _____

DISPOSITIONS:
  Granted    _____    Sustained   _____    Denied      _____
  Overruled  _____    Withdrawn   _____    Under Adv.  _____
  Moot       _____    Consent     _____    Dismissed   _____
  Continued to: _____, 20____, AT ____:____ ____.M.

Proposed Order To Be Submitted By \_\_\_\_/\_\_\_\_/\_\_\_\_
        By [ ]Court    [ ]Movant    [ ]Opposing Party    [ ]Trustee    []Jointly

DECISION:
[ ]  Signed by Court        [ ]  Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel              [ ]  Court
     [ ]  Respondent's counsel          [ ]  Other _____

NOTES:

_____

_____

_____

_____

_____


                    /s/ S. Martin Teel, Jr.
          _____
          S. Martin Teel, Jr. United States Bankruptcy Judge