The order below is hereby signed.

Signed: August 10, 2009.



```
                    S. Martin Teel, Jr.
                    United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                          )
                               )
GERALDINE DALZELL-PAYNE,       )    Case No. 09-00574
                               )    (Chapter 11)
              Debtor.          )
```

ORDER DENYING MOTIONS FOR RELIEF FROM STAY

The court having held a hearing to address four motions for relief from stay filed by Onewest Bank FSB (Dkt. Nos. 16, 20, 24, & 29), and the court having determined that those motions should be denied, it is

ORDERED that Onewest Bank FSB's motions for relief from stay (Dkt. Nos. 16, 20, 24, & 29) are DENIED.

[Signed and dated above.]

Copies to: Debtor; Office of United States Trustee;

| | |
|---|---|
| Nnenna C. Burns<br>Kevin Feig<br>4520 East West Hwy. #200<br>Bethesday, MD 20814 | Kenneth Rosenau<br>Rosenau & Rosenau<br>1304 Rhode Island Ave., NW<br>Washington, D.C. 20005 |
| IndyMac Mortgage Services<br>901 East 104th St.<br>Suite 400B<br>Kansas City, MO 64131 | National City Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | National City Mortgage<br>P.O. Box 1024<br>Dayton, OH 4501-1024 |
| The World Bank Credit Union<br>1818 H Street, NW<br>Washington, DC 20243 | Chase Continental Bank<br>P.O. Box 509011<br>San Diego, CA 92150-9011 |