BGW#: 60673

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                                                                    Case No. 09-00574-SMT

GERALDINE PAYNE AKA GERALDINE DALZELL-PAYNE

    Debtor                                                          Chapter 11

_____

ONEWEST BANK, FSB
    Movant

vs.

GERALDINE PAYNE AKA GERALDINE DALZELL-PAYNE
    Debtor/Respondent

_____

**MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 3802 FULTON STREET NW, WASHINGTON, DC  20007, FIRST LIEN**

    COMES NOW, OneWest Bank, FSB ("Movant"), by and through counsel, and respectfully represents as follows:

    1. Jurisdiction is based on 11 U.S.C. § 105 and 362, 28 U.S.C. Section 157 and Rule 9014 of the United States Bankruptcy Code.

    2.  Movant is a mortgage lender/servicer.

    3. On or about July 01, 2009, Geraldine  Payne aka Geraldine Dalzell-Payne ("Debtor") filed a Voluntary Petition in this Court under Chapter 11 of the United States Bankruptcy Code.

    4.  U.S. Trustee for Region Four, 11 is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

    5.  At the time of the initiation of these proceedings the Debtor owned a parcel of real estate located in District of Columbia and improved by a residence known as 3802 Fulton Street NW, Washington, DC  20007 (the "Property").

    6.  The Property is encumbered by a Deed of Trust  securing the Movant, and recorded among the land records of the aforesaid county.   A copy of this Deed of Trust and Note are attached.

    7.  The Deed of Trust secures payment of a Promissory Note now payable to Movant.

    8.  The amount due under the Deed of Trust securing the Note payable to Movant as of  November 13, 2009 is approximately $763,955.16, plus per diem interest and attorney's fees and court costs related to the present motion for relief from automatic stay.

9. The Debtor is in default under the Deed of Trust. The Movant has accelerated the entire balance of the Note and Deed of Trust and interest continues to accrue on a daily basis.

10. Debtor is contractually due for August 01, 2009 and every payment thereafter. More specifically, the Debtor is due the August 01, 2009 payment through November 01, 2009 payments in the approximate amount of $5,422.93 each, plus late charges and attorney fees and costs incurred with the filing of the present motion. An arrearage Worksheet is attached.

11. Debtor was in default at the time the present bankruptcy case was filed. The Debtor owes pre-petition arrears of $74,634.50.

12. The approximate total debt as of November 13, 2009 is as follows:

| | |
|---|---|
| Unpaid Principal Balance | $696,928.99 |
| Interest @ 6.75 through last paid installment | $58,803.45 |
| Late Fees | $2,782.44 |
| Escrow Advance Balance | $5,255.28 |
| Corporate Advance Balance | $0.00 |
| NSF Fees | $25.00 |
| Fees | $101.00 |
| Other fees | $59.00 |
| Less:   Suspense Balance | $0.00 |
| Total: | $763,955.16 |

13. The Movant lacks adequate protection of its interest in the Property.

14. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents Movant from enforcing its rights under its Note and Deed of Trust.

15. Cause exists for lifting the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code so as to enable the Movant to enforce its rights under its Note and Deed of   Trust.

16. In the event the automatic stay under Section 362 (a) is terminated as to the subject Property, Movant may, at its discretion, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Debtor may contact Movant, in kind. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

WHEREFORE, the Movant its successors and/or assigns prays that this court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362   of the Bankruptcy Code so as to enable Movant to proceed with a foreclosure action pursuant to the District of Columbia Code against the Property located at 3802 Fulton Street NW, Washington, DC   20007, and to allow the successful purchaser to obtain possession of   same; and

    2. Grant such other and further relief as may be just and necessary.

<u>Dated: November 18, 2009</u>          Respectfully Submitted,
                                      Bierman, Geesing & Ward, LLC

                                      <u>  */s/ Kevin Feig*  </u>
                                      Kevin Feig, DC Bar No. 460479
                                      Bierman, Geesing & Ward, LLC
                                      4520 East West Highway, Suite 200
                                      Bethesda, MD 20814
                                      (301) 961-6555
                                      (301) 961-6491 (facsimile)
                                      bankruptcy@bgw-llc.com
                                      *Attorney for the Movant*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 18th day of November, 2009, a copy of the foregoing Motion for Relief from Automatic Stay, was mailed by first class, postage prepaid, to the following persons:

U.S. Trustee for Region Four, 11, Trustee
115 South Union St, Suite 210 Plaza Level
Alexandria, VA 22314

Geraldine D. Payne
2404 Tunlaw Road NW
Washington, DC  20007

Geraldine D. Payne
3802 Fulton Street NW
Washington, DC  20007

**American Express Centurion Bank**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Bank-Fund Staff Federal Credit Union**
1750 H St., NW
Suite 200
Washington, DC 20006

**Betty A. Thompson Ltd.**
c/o Law Offices of Johnson Gelber PLLC
3917 Old Lee Hwy. #13A
Fairfax, VA 22030

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**Department of Treasury**
Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114

**GE Consumer Finance**
For GE Money Bank dba
CARECREDIT/GEMB
PO Box 960061
Orlando FL 32896-0661

**IndyMac Mortgage Services**
901 East 104t Street
Suite 400B
Kansas City, MO 64131

**National City Mortgage**
3232 Newmark Drive
Miamisburg, OH 45342-5433

**National City Mortgage**
P.O. Box 1024
Dayton, OH 45401-1024

**National City Mortgage**
3232 Newmark Drive
Miamisburg, OH 45342

**OneWest Bank FSB**
6900 Beatrice Drive
3rd Floor
Kalamazoo, MI 49009

**OneWest Bank, FSB**
6900 Beatrice Drive
Kalamazoo, MI 49009

**OneWest Bank, FSB**
6900 Beatrice Drive
3rd Floor
Kalamazoo, MI 49009

**Paul Cohen, Justin Gupta, John Leer**
Andrew Viteritta and Spencer Walsh
15 Huntington Drive
Churchville, PA 18966

**Rosenau & Rosenau**
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

**Robert O. Tyler**
300 North Washington, Ste. 500
Alexandria, VA  22314

/s/ Kevin Feig, Esq.
Kevin Feig, Esq.