# **ARREARAGE WORKSHEET**

BK Case No.: 09-00574-SMT

Debtor Name:	Geraldine  Payne aka Geraldine Dalzell-Payne

Property Address:	3802 Fulton Street NW
	Washington, DC  20007

---

Monthly payments:	$5,422.93

Late Charge:	$0.00

---

Due for: August 01, 2009, through November 01, 2009

| | | | | | | |
|---|---|---|---|---|---|---|
| (8/1/2009-10/1/2009) | 3 | payments | @ | $5,567.96 | = | $16,703.88 |
| (11/1/2009-11/1/2009) | 1 | payments | @ | $5,422.93 | = | $5,422.93 |
| Attorneys Fees | | | | | = | $550.00 |
| Attorneys Costs | | | | | = | $150.00 |
| **Total arrearage** | | | | | = | $22,826.81 |