BGW#: 60673

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                                                                          Case No. 09-00574-SMT

GERALDINE PAYNE AKA GERALDINE DALZELL-PAYNE

    Debtor                                                                Chapter 11

_____

ONEWEST BANK, FSB
       Movant

vs.

GERALDINE PAYNE AKA GERALDINE DALZELL-PAYNE

    Debtor/Respondent

_____

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing on ONEWEST BANK, FSB's, ("Movant"), Motion for Relief from Automatic Stay has been scheduled pursuant to 11 U.S.C. Sec. 362 as follows:

**Date:   December 17, 2009          Time:   02:00 pm**

before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge, in Courtroom No. 1, United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C.   20001.

NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 11 U.S.C. Sec. 362(e).

        */s/ Kevin Feig, Esq.*
Kevin Feig, Esq., DC Bar No. 460479
4520 East West Highway, Suite 200
Bethesda, MD   20814
(301) 961-6555
(301) 961-6491 (facsimile)
bankruptcy@bgw-llc.com
*Attorney for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of   November, 2009, a copy of the foregoing NOTICE OF HEARING was mailed, first class postage prepaid to:

U.S. Trustee for Region Four, 11, Trustee
115 South Union St, Suite 210 Plaza Level
Alexandria, VA 22314

Geraldine D. Payne
2404 Tunlaw Road NW
Washington, DC  20007

Geraldine D. Payne
3802 Fulton Street NW
Washington, DC  20007

**American Express Centurion Bank**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Bank-Fund Staff Federal Credit Union**
1750 H St., NW
Suite 200
Washington, DC 20006

**Betty A. Thompson Ltd.**
c/o Law Offices of Johnson Gelber PLLC
3917 Old Lee Hwy. #13A
Fairfax, VA 22030

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**Department of Treasury**
Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114

**GE Consumer Finance**
For GE Money Bank dba
CARECREDIT/GEMB
PO Box 960061
Orlando FL 32896-0661

**IndyMac Mortgage Services**
901 East 104t Street
Suite 400B
Kansas City, MO 64131

**National City Mortgage**
3232 Newmark Drive
Miamisburg, OH 45342-5433

**National City Mortgage**
P.O. Box 1024
Dayton, OH 45401-1024

**National City Mortgage**
3232 Newmark Drive
Miamisburg, OH 45342

**OneWest Bank FSB**
6900 Beatrice Drive
3rd Floor
Kalamazoo, MI 49009

**OneWest Bank, FSB**
6900 Beatrice Drive
Kalamazoo, MI 49009

**OneWest Bank, FSB**
6900 Beatrice Drive
3rd Floor
Kalamazoo, MI 49009

**Paul Cohen, Justin Gupta, John Leer**
Andrew Viteritta and Spencer Walsh
15 Huntington Drive
Churchville, PA 18966

**Rosenau & Rosenau**
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

**Robert O. Tyler**
300 North Washington, Ste. 500
Alexandria, VA  22314

_/s/ Kevin Feig, Esq._
Kevin Feig, Esq.