BGW#: 60673

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                                                          Case No. 09-00574-SMT

GERALDINE PAYNE AKA GERALDINE DALZELL-PAYNE

    Debtor                                                        Chapter 11

_____

ONEWEST BANK, FSB
       Movant

vs.

GERALDINE PAYNE AKA GERALDINE DALZELL-PAYNE

    Debtor/Respondent
_____

## NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION

PLEASE TAKE NOTICE THAT WITHIN 15 DAYS AFTER SERVICE OF THIS MOTION you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append   affidavits and documents in support of your objection.

     IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Dated: November 18, 2009              /s/ Kevin Feig, Esq.
                                             Kevin Feig, Esq., DC Bar No. 460479
                                             4520 East West Highway, Suite 200
                                             Bethesda, MD   20814
                                             (301) 961-6555
                                             (301) 961-6491 (facsimile)
                                             bankruptcy@bgw-llc.com
                                             *Attorney for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY   that on this 18th day of November, 2009, a copy of the foregoing Notice of Deadline to File and Serve Objection to Motion , was mailed first class, postage prepaid to:

U.S. Trustee for Region Four, 11, Trustee
115 South Union St, Suite 210 Plaza Level
Alexandria, VA 22314

Geraldine D. Payne
2404 Tunlaw Road NW
Washington, DC  20007

Geraldine D. Payne
3802 Fulton Street NW
Washington, DC  20007

**American Express Centurion Bank**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Bank-Fund Staff Federal Credit Union**
1750 H St., NW
Suite 200
Washington, DC 20006

**Betty A. Thompson Ltd.**
c/o Law Offices of Johnson Gelber PLLC
3917 Old Lee Hwy. #13A
Fairfax, VA 22030

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**Department of Treasury**
Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114

**GE Consumer Finance**
For GE Money Bank dba
CARECREDIT/GEMB
PO Box 960061
Orlando FL 32896-0661

**IndyMac Mortgage Services**
901 East 104t Street
Suite 400B
Kansas City, MO 64131

**National City Mortgage**
3232 Newmark Drive
Miamisburg, OH 45342-5433

**National City Mortgage**
P.O. Box 1024
Dayton, OH 45401-1024

**National City Mortgage**
3232 Newmark Drive
Miamisburg, OH 45342

**OneWest Bank FSB**
6900 Beatrice Drive
3rd Floor
Kalamazoo, MI 49009

**OneWest Bank, FSB**
6900 Beatrice Drive
Kalamazoo, MI 49009

**OneWest Bank, FSB**
6900 Beatrice Drive
3rd Floor
Kalamazoo, MI 49009

**Paul Cohen, Justin Gupta, John Leer**
Andrew Viteritta and Spencer Walsh
15 Huntington Drive
Churchville, PA 18966

**Rosenau & Rosenau**
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

**Robert O. Tyler**
300 North Washington, Ste. 500
Alexandria, VA  22314

_/s/ Kevin Feig, Esq._
Kevin Feig, Esq.